Brandon R. Sher, Esq. (I.D. #014292012)
Michael Westwood-Booth, Esq. (I.D. #249582017)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey, 07960
(973) 656-1600
michael.westwood-booth@ogletreedeakins.com
*Attorneys for Party City Holdings Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SONIA AGOSTINO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PARTY CITY HOLDINGS INC.,<br><br>Defendant. | Civ. Act. No.: 2:24-cv-9379 (CCC) (JRA)<br><br>*Electronically Filed*<br>*Civil Action*<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |

**TO:** Robert B. Davis, Esq.
Davis Law Center, LLC
3 Main Street
Newark, New Jersey 07105
*Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that on December 1, 2025, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Party City Holdings Inc. ("Defendant"), by and through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. shall move before the Hon. Claire C. Cecchi, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order Dismissing Plaintiff's Complaint with Prejudice Pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, at the time and place aforesaid, Defendant will rely upon the accompanying Brief in Support of Defendant's Motion to Dismiss, the

Certification of Michael Westwood-Booth, Esq. with exhibits, which accompany this Notice of Motion, and all other matters of record filed in this case.

A proposed form of Order is submitted herewith.

Defendant requests oral argument only to the extent that this motion is opposed.

|  |  |
|---|---|
| Dated: October 31, 2025 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br><br>*s/Michael Westwood-Booth*<br>Michael Westwood-Booth, Esq. |